## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### Atlanta Division

| | |
|---|---|
| **BARTON A. CAMPBELL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case No. 1:09-cv-3115** |
| | ) |
| **AMERICREDIT, PORTFOLIO** | ) |
| **RECOVERY ASSOCIATES, EQUIFAX** | ) |
| **INFORMATION SERVICES, LLC,** | ) |
| **EXPERIAN INFORMATION** | ) |
| **SOLUTIONS, INC., TRANS UNION** | ) |
| **LLC,** | ) |
| | ) |
| **Defendants.** | ) |

## EQUIFAX INFORMATION SERVICES LLC'S ANSWER AND DEFENSES

NOW COMES Defendant Equifax Information Services LLC (hereinafter "Equifax"), and for its response to Plaintiff's Complaint states as follows:

## ANSWER

In answering the Complaint, Equifax states that it is responding to allegations on behalf of itself only, even where the allegations pertain to alleged conduct by all Defendants. Equifax denies any and all allegations contained in the headings and/or unnumbered paragraphs in the Complaint. In response to the

1

specific allegations in the enumerated paragraphs in the Complaint, Equifax responds as follows:

## COMPLAINT JURISDICTION

1.    To the extent Plaintiff can maintain this action, which Equifax denies, Equifax admits that jurisdiction is proper in this Court pursuant to 15 U.S.C. § 1681p.  Equifax also admits that venue is proper in this Court.

## PRELIMINARY STATEMENT

2.    Equifax admits that this action purports to be brought pursuant to the FCRA, FDCPA and various state law claims.  Equifax denies that it is liable to Plaintiff for violations of the FCRA, FDCPA or state law, denies that Plaintiff was damaged by any action or inaction of Equifax, and denies that Plaintiff is entitled to any of the relief requested.

3.    Equifax states that the provisions of the FCRA speak for themselves. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph of Plaintiff's Complaint.

4.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of Plaintiff's Complaint.

5.    Equifax states that the provisions of the FCRA speak for themselves.

6.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of Plaintiff's Complaint.

7.    Equifax states that the provisions of the FCRA speak for themselves.

8.    Equifax admits that it is a limited liability company licensed to do business in the State of Georgia.

9.    Equifax admits the allegations contained in this paragraph of Plaintiff's Complaint.

10.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of Plaintiff's Complaint.

11.    Equifax admits the allegations contained in this paragraph of Plaintiff's Complaint.

12.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of Plaintiff's Complaint.

13.    Equifax admits the allegations contained in this paragraph of Plaintiff's Complaint.

## FACTUAL ALLEGATIOSN

14.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of Plaintiff's Complaint.

15.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of Plaintiff's Complaint.

16.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of Plaintiff's Complaint.

17.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of Plaintiff's Complaint.

18.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of Plaintiff's Complaint.

19.    Equifax denies the allegations contained in this paragraph of Plaintiff's Complaint to the extent they pertain to Equifax.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph of Plaintiff's Complaint.

20.    Equifax admits that an Americredit account has reported in derogatory status on Plaintiff's credit file.  Equifax denies the remaining allegations contained in this paragraph of Plaintiff's Complaint to the extent they pertain to Equifax.

21.    Equifax denies the allegations contained in this paragraph of Plaintiff's Complaint to the extent they pertain to Equifax.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph of Plaintiff's Complaint.

4

22.    Equifax denies the allegations contained in this paragraph of Plaintiff's Complaint to the extent they pertain to Equifax.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph of Plaintiff's Complaint.

23.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of Plaintiff's Complaint.

24.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of Plaintiff's Complaint.

25.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of Plaintiff's Complaint.

26.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of Plaintiff's Complaint.

27.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of Plaintiff's Complaint.

28.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of Plaintiff's Complaint.

29.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of Plaintiff's Complaint.

30.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of Plaintiff's Complaint.

## COUNT I
## STATEMENT OF CLAIMS AGAINST AMERICREDIT

31.    Equifax reasserts its responses to the preceding numbered Paragraphs as if set forth fully herein.

32.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of Plaintiff's Complaint.

## COUNT II
## STATEMENT OF CLAIMS AGAINST EQUIFAX

33.    Equifax reasserts its responses to the preceding numbered Paragraphs as if set forth fully herein.

34.    Equifax denies the allegations contained in this paragraph of Plaintiff's Complaint.

## COUNT III
## STATEMENT OF CLAIMS AGAINST TRANS UNION

35.     Equifax reasserts its responses to the preceding numbered Paragraphs as if set forth fully herein.

36.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of Plaintiff's Complaint.

## COUNT IV
## STATEMENT OF CLAIMS AGAINST EXPERIAN

37.     Equifax reasserts its responses to the preceding numbered Paragraphs as if set forth fully herein.

38.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of Plaintiff's Complaint.

## COUNT V
## VIOLATION OF SECTION 1692e(2)(A) OF THE FDCPA

39.     Equifax reasserts its responses to the preceding numbered Paragraphs as if set forth fully herein.

40.     Equifax states that the provisions of the FDCPA speak for themselves.

41.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of Plaintiff's Complaint.

42.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of Plaintiff's Complaint.

## COUNT V

## VIOLATION OF SECTION 1692f OF THE FDCPA

43.    Equifax reasserts its responses to the preceding numbered Paragraphs as if set forth fully herein.

44.    Equifax states that the provisions of the FDCPA speak for themselves.

45.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of Plaintiff's Complaint.

46.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of Plaintiff's Complaint.

## PRAYER FOR RELIEF

Equifax denies that Plaintiff is entitled to any of the relief sought.

## JURY DEMAND

No response is required to this paragraph.

## DEFENSES

Without assuming the burden of proof where it otherwise rests with Plaintiff, Equifax pleads the following defenses to the Complaint:

## First Defense

Plaintiff's damages, if any, were not caused by Equifax, but by another person or entity for whom or for which Equifax is not responsible.

## Second Defense

Equifax has complied with the Fair Credit Reporting Act in its handling of Plaintiff's credit file and is entitled to each and every defense stated in the Act and any and all limitations of liability.

## Third Defense

At all relevant times herein, the Plaintiff's alleged damages, which Equifax denies exist, were aggravated by the failure of the Plaintiff to use reasonable diligence to mitigate the same. Therefore, Plaintiff's recovery, if any, should be barred or decreased by reason of his failure to mitigate alleged losses.

## Fourth Defense

Plaintiff's claim for punitive damages is barred by the provisions of 15 U.S.C. §1681n.

## Fifth Defense

Some or all of Plaintiff's claims may be barred by the applicable statute of limitations.

## Sixth Defense

Equifax denies each and every averment of Plaintiff's Complaint not specifically admitted in this Answer.

**WHEREFORE**, having fully answered or otherwise responded to the allegations contained in Plaintiff's Complaint, Equifax prays that:

(1)    Plaintiff's Complaint be dismissed in its entirety and with prejudice, with all costs taxed against Plaintiff;

(2)    That Equifax be dismissed as a party to this action;

(3)    That this lawsuit be deemed frivolous and Equifax recover from plaintiff its expenses of litigation, including but not limited to attorneys' fees pursuant to 15 U.S.C. § 1681n(c) and 15 U.S.C. § 1681o(b); and

(4)    That Equifax recover such other and additional relief, as the Court deems just and appropriate.

This 2nd day of December, 2009.

Respectfully submitted,

KING & SPALDING LLP


By:/s/ Cara Hergenroether
Barry Goheen
Georgia Bar No. 299203
Cara Hergenroether
Georgia Bar No. 570753
1180 Peachtree Street, N.E.
Atlanta, GA  30309-3521
Tel:  (404) 572-4600
Fax: (404) 572-5100
Email:  bgoheen@KSLaw.com
         chergenroether@KSLaw.com
Attorneys for Equifax Information
Services LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a copy of the foregoing **DEFENDANT EQUIFAX INFORMATION SERVICES LLC ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

Dated:    December 2, 2009


/s/Cara Hergenroether
Counsel for Defendant
Equifax Information Services LLC


KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
Tel:  (404) 572-4600
Fax:  (404) 572-5100