ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

DEC 03 2009

| | | |
|---|---|---|
| BARTON A. CAMPBELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NUMBER: |
| | ) | 1:09-CV-3115-RLV-LTW |
| AMERICREDIT; PORTFOLIO RECOVERY ASSOCIATES; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## EXPERIAN INFORMATION SOLUTIONS, INC.'S
## MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(2), (4) and (6), Defendant Experian Information Solutions, Inc. ("Experian") respectfully moves this court to dismiss Plaintiff's Complaint in its entirety. Experian bases its motion on three separate grounds. First, the allegations set forth in Plaintiff's Complaint make clear that Plaintiff was aware of the credit reporting at issue almost six years prior to filing suit. Thus, his claims based on the Fair Credit Reporting Act ("FCRA") are time-barred under the applicable statutes of limitations. Second, Plaintiff has failed to show that any reporting by Experian was inaccurate. Thus, all of his claims based on the FCRA must fail for this reason as well. Third, Plaintiff has failed to effect proper service of process on Experian under Federal Rule of Civil

Procedure 4(h). Plaintiff's Complaint should be dismissed on this basis. This motion is supported by Experian's Memorandum of Law in Support of Its Motion to Dismiss, filed concurrently herewith.

Dated:      December 3, 2009                    Respectfully submitted,

/s/ Matthew T. Parrish

Matthew T. Parrish
GA Bar No. 558262
JONES DAY
1420 Peachtree Street N.E., Suite 800
Atlanta, Georgia 30309-3053
Telephone:  (404) 581-8413
Facsimile:  (404) 481-8330
Email:  mparrish@jonesday.com

*Attorney for Defendant
Experian Information Solutions, Inc.*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D, I hereby certify that the foregoing pleading has been prepared with one of the font and point selections approved by this Court in Local Rule 5.1B (Times New Roman/14 point).

Dated:     December 3, 2009               Respectfully submitted,

                                          _____
                                          Matthew T. Parrish
                                          GA Bar No. 558262
                                          JONES DAY
                                          1420 Peachtree Street N.E., Suite 800
                                          Atlanta, Georgia 30309-3053
                                          Telephone:  (404) 581-8413
                                          Facsimile:   (404) 481-8330
                                          Email:  mparrish@jonesday.com

                                          *Attorney for Defendant*
                                          *Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing motion was served by U.S. Mail on Plaintiff and on Defendants' counsel listed below this 3rd day of December, 2009.

*Plaintiff:*
Barton A. Campbell
4540 Boise Trail SW
Atlanta, Georgia 30331

*Counsel for Equifax Information Services LLC:*
Barry Goheen
Cara Hergenroether
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
bgoheen@KSLaw.com
chergenroether@KSLaw.com

*Counsel for Trans Union LLC:*
Alex M. Barfield
4000 SunTrust Plaza
303 Peachtree Street NE
Atlanta, Georgia 30308-3243
Telephone: (404) 614-7400
Facsimile: (404) 614-7500
abarfield@hplegal.co

*Counsel for AmeriCredit Financial Services, Inc.:*
Andrew M. Beal
Georgia Bar No. 043842
BEAL & BELL LLC
7 Lenox Pointe
Atlanta, Georgia 30324
Telephone: (404) 688-2700

_____
*Attorney for Defendant*
*Experian Information Solutions, Inc.*